UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MONTREAL HEMPHILL,

    Plaintiff,

v.

JONATHON FARR, et al.,

    Defendants.

Case No. 1:19-cv-01119-AWI-EPG

ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS

(ECF NO. 2)

    Plaintiff Montreal Hemphill commenced this action on August 15, 2019. (ECF No. 1.) Plaintiff has filed an application to proceed *in forma pauperis*, (ECF No. 2.), and has made the required showing pursuant to 28 U.S.C. § 1915(a). Accordingly, the request to proceed *in forma pauperis* is GRANTED.

    As to the status of the complaint, Plaintiff is advised that pursuant to 28 U.S.C. § 1915(e)(2), the Court must conduct an initial review of every *pro se* complaint to determine whether it is legally sufficient under the applicable pleading standards. The Court must dismiss a complaint, or portion thereof, if the Court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the Court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies in the complaint can be cured by amendment.

1

The complaint will be screened in due course and Plaintiff will be served with the resulting order.

IT IS SO ORDERED.

Dated: **December 4, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE