UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTREAL HEMPHILL,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF HANFORD POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01119-AWI-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(DOC. NOS. 6, 7) |

    Montreal Hemphill ("plaintiff") is proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On June 3, 2020, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that "[t]his case proceed on Plaintiff's claims against Defendant Medeiros for unlawful arrest and Defendant Farr for excessive force, each in violation of Plaintiff's Fourth Amendment rights" and "[a]ll other claims be dismissed." (Doc. 7 at 8).

    Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline for filing objections has passed, and plaintiff has not filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations (Doc. No. 7) issued by the magistrate judge on June 3, 2020, are ADOPTED in full;
2. All claims and defendants are dismissed, except for plaintiff's claims against Defendant Medeiros for unlawful arrest and Defendant Farr for excessive force, each in violation of the Fourth Amendment;
3. The Clerk of Court is DIRECTED to reflect the dismissal of all other defendants; and
4. This matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   October 6, 2020                              _____
                                                                          SENIOR DISTRICT JUDGE