UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTREAL HEMPHILL,<br><br>     Plaintiff,<br><br>v.<br><br>JONATHAN FARR and CHAD MEDEIROS,<br><br>     Defendants. | Case No. 1:19-cv-01119-AWI-EPG<br><br>ORDER FINDING SERVICE APPROPRIATE ON DEFENDANTS FARR AND MEDEIROS AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN |

   On August 15, 2019, Plaintiff Montreal Hemphill ("Plaintiff"), appearing *pro se* and *in forma pauperis*, commenced this action under 42 U.S.C. § 1983, alleging claims against Defendants Jonathan Farr and Chad Medeiros. (ECF No. 1). On May 12, 2020, Plaintiff filed a first amended complaint. (ECF No. 6). On October 6, 2020, the Court dismissed all other claims and defendants, against Plaintiff's claims against Defendant Medeiros and for unlawful arrest and Defendant Farr for excessive force, each in violation of the Fourth Amendment. (ECF No. 8).

///

///

///

Based on the foregoing, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

   **JONATHAN FARR**

   **CHAD MEDEIROS**

2. The Clerk of Court shall send Plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet, and one (1) copy of the first amended complaint filed on May 12, 2020 (ECF No. 6);

3. Within thirty (30) days from the date of this order, Plaintiff shall complete the Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. A completed summons for the defendant listed above;

   b. A completed USM-285 form for the defendant listed above; and

   c. Three (3) copies of the endorsed first amended complaint;

4. Plaintiff need not attempt service on any defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshals Service to serve the above-named defendant(s) pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

5. The failure to comply with this order may result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **October 7, 2020**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE