UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTREAL HEMPHILL,<br><br>    Plaintiff,<br><br>    v.<br><br>JONATHAN FARR and CHAD MEDEIROS,<br><br>    Defendants. | No. 1:19-cv-01119-AWI-EPG<br><br>ORDER TO SUBMIT THREE COPIES OF ENDORSED FIRST AMENDED COMPLAINT |

    On October 7, 2020, the Court entered an order finding service of Plaintiff Montreal Hemphill's ("Plaintiff") first amended complaint appropriate on Defendants Jonathan Farr and Chad Medeiros. (ECF No. 9). The Court provided documents for Plaintiff to fill out and informed Plaintiff that within thirty days he needed to "submit the completed Notice to the Court with the following documents: . . . Three (3) copies of the endorsed first amended complaint[.]" (*Id.* at 2). On November 3, 2020, Plaintiff returned some of the documents but did not return three copies of the First Amended Complaint.

    Accordingly, it is HEREBY ORDERED that within fifteen days of the date of service of this order, Plaintiff shall file three copies of the endorsed first amended complaint.
IT IS SO ORDERED.

Dated:   **November 3, 2020**            /s/ Erica P. Grosjean
                                                      UNITED STATES MAGISTRATE JUDGE