1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**EASTERN DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| MONTREAL HEMPHILL, | Case No.  1:19-cv-01119-AWI-EPG |
| Plaintiff, | **ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHAL SERVICE WITHOUT PREPAYMENT OF COSTS** |
| v. | |
| JONATHAN FARR and CHAD MEDEIROS, | |
| Defendants. | |

10
11
12
13
14
15
16

   Plaintiff Montreal Hemphill ("Plaintiff") is proceeding *pro se* and *in forma pauperis* with
this action. Plaintiff commenced this action by filing a complaint pursuant to 42 U.S.C. § 1983

17

on August 15, 2019. (ECF No. 1). On October 7, 2020, the Court found service of the

18

Complaint appropriate on Defendants Jonathan Farr and Chad Medeiros.  (ECF No. 9).

19

   Accordingly, IT IS HEREBY ORDERED:

20

   1.  The Clerk of the Court is DIRECTED to forward the following documents to the

21

      United States Marshal Service:

22

         a.  One completed and issued summons for each defendant to be served;

23

         b.  One completed USM-285 form for each defendant to be served;

24

         c.  One copy of the Complaint filed on August 23, 2019, for each defendant to

25

            be served, in addition to one extra copy for the United States Marshal

26

            Service;

27

         d.  One copy of this Order for each defendant to be served, in addition to one

28

extra copy for the United States Marshal Service;

    e.  One copy of the court's consent form for each defendant to be served.

2.  Within ten days from the date of this Order, the United States Marshal Service is DIRECTED to notify the following defendants of the commencement of this action and to request a waiver of service in accordance with the provisions of Federal Rule of Civil Procedure 4(d) and 28 U.S.C. § 566(c):

    **a.  Jonathan Farr**

    **b.  Chad Medeiros**

3.  The United States Marshal Service is DIRECTED to retain the summons and a copy of the Complaint in their files for future use;

4.  The United States Marshal Service shall file returned waivers of service as well as any requests for waivers of service that are returned as undelivered as soon as they are received;

5.  If a waiver of service is not returned by a defendant within sixty days of the date of mailing the request for waiver, the United States Marshal Service shall:

    a.  Personally serve process and a copy of this Order on the defendant pursuant to Federal Rule of Civil Procedure 4 and 28 U.S.C. § 566(c);

    b.  Within ten days after personal service is effected, the United States Marshal Service shall file the return of service for the defendant, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendant. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the summons and the operative complaint and for preparing new USM-285 forms, if required.  Costs of service will be taxed against the personally served defendant in accordance with the provisions of Federal Rule of Civil Procedure 4(d)(2).

6.  In the event that any defendant makes an appearance in this action by filing an

answer, dispositive motion, or other pleading, the United States Marshals Service need not personally serve the defendant; and,

7. In the event that any defendant either waives service or is personally served, the defendant is required to respond to the Complaint.

IT IS SO ORDERED.

Dated:   **November 19, 2020**          /s/ *Eric P. Groj*

UNITED STATES MAGISTRATE JUDGE