UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTREAL HEMPHILL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JONATHAN FARR, et al.,<br><br>　　　　　　Defendants. | Case No. 1:19-cv-01119-AWI-EPG<br><br>ORDER RE: STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>(ECF No. 24) |

On June 28, 2021, the parties filed a joint stipulation for voluntary dismissal of the entire action with prejudice. (ECF No. 24). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice. Accordingly, the Clerk of Court is respectfully directed to close this case.

However, the Court retains jurisdiction over the litigation to enforce the terms of the parties' settlement agreement.

IT IS SO ORDERED.

　　Dated:　**June 29, 2021**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1